J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY T. PADDOCK,<br><br>　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC., DOES I-V, individually; and ROE CORPORATIONS VI-X, inclusive,<br><br>　　　Defendant. | Case No.: 2:20-cv-02097-JCM-DJA<br><br>Compl. Filed:  November 13, 2020<br><br>**STIPULATION TO EXTEND DEFENDANT AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

This Stipulation to Extend defendant AmeriCredit Corp./General Motors Financial Company, Inc.'s Time to Respond to Complaint is made by and between Plaintiff Shelley T. Paddock ("Plaintiff") and Defendant AmeriCredit Corp./General Motors Financial Company, Inc. ("AmeriCredit/GM") through their respective counsel, in light of the following facts:

## RECITALS

A.　Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 13, 2020.

B.   AmeriCredit/GM was served with the Complaint on or about November 18, 2020.

C.   AmeriCredit/GM's current deadline to respond to the Complaint was December 9, 2020,

D.   The parties agreed on December 7, 2020 that AmeriCredit/GM would have through January 7, 2021, to respond to the Complaint in order to give AmeriCredit/GM time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter.  Due to a miscommunication/misunderstanding, this actual stipulation did not get filed with the court until today.

E.   There is good cause to grant this stipulation because AmeriCredit/GM requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

F.   This stipulation is filed in good faith and not intended to cause delay.

G.   Pursuant to Local Rule IA 6-2 and Local Rule 7.1, Plaintiff and AmeriCredit/GM respectfully request that the Court extend AmeriCredit/GM's time to respond to Plaintiff's Complaint through January 7, 2021.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

113029016.1

**STIPULATION**

NOW, THEREFORE, Plaintiff and AmeriCredit/GM hereby stipulate and agree that AmeriCredit/GM has up to and including January 7, 2021, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 14th day of December, 2020      DATED this 14th day of December, 2020

**KIND LAW**                                **LEWIS ROCA ROTHGERBER CHRISTIE**

By:/s/ Michael Kind                          By:  /s/ J Christopher Jorgensen
Michael Kind, Esq.                           J Christopher Jorgensen, Esq.
Nevada Bar No. 13903                         Nevada Bar No. 5382
8860 South Maryland Pkwy, Suite 106          3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89123                      Las Vegas, NV 89169
*Attorneys for Plaintiff*                    *Attorneys for Defendant AmeriCredit*
*Shelley T. Paddock*                         *Corp./General Motors Financial*
                                             *Company, Inc.*

ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: December 15, 2020

3

113029016.1