J Christopher Jorgensen
Nevada Bar No. 5382
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com

*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHELLEY T. PADDOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., and AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC., DOES I-V, individually; and ROE CORPORATIONS VI-X, inclusive,<br><br>　　　　Defendant. | Case No.: 2:20-cv-02097-JCM-DJA<br><br>Compl. Filed:  November 13, 2020<br><br>**STIPULATION TO EXTEND DEFENDANT AMERICREDIT CORP./GENERAL MOTORS FINANCIAL COMPANY, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　　This Stipulation to Extend defendant AmeriCredit Corp./General Motors Financial Company, Inc.'s Time to Respond to Complaint is made by and between Plaintiff Shelley T. Paddock ("Plaintiff") and Defendant AmeriCredit Corp./General Motors Financial Company, Inc. ("AmeriCredit/GM") through their respective counsel, in light of the following facts:

RECITALS

　　　　A.　　Plaintiff filed the Complaint ("Complaint") against Defendants on or about November 13, 2020.

113029016.1

B.  AmeriCredit/GM was served with the Complaint on or about November 18, 2020.

C.  AmeriCredit/GM's initial deadline to respond to the Complaint was December 9, 2020,

D.  The parties agreed on December 7, 2020 that AmeriCredit/GM would have through January 7, 2021, to respond to the Complaint in order to give AmeriCredit/GM time to investigate Plaintiff's claims and prepare a proper response, and for the parties to discuss a potential resolution of this matter ("First Stipulation"). Due to a miscommunication/misunderstanding, the First Stipulation did not get filed with the Court until December 14, 2020 (ECF No. 6).

E.  This Court granted the First Stipulation on December 15, 2020 (ECF No. 8).

F.  The parties have agreed that AmeriCredit/GM will have a second extension through and until January 21, 2021, to respond to the Complaint ("Second Stipulation) for the same reasons as to the First Stipulation.

G.  There is good cause to grant this Second Stipulation because AmeriCredit/GM requires additional time to investigate Plaintiff's claims and prepare a proper response, and the parties require additional time to consider a resolution of this matter.

H.  This Second Stipulation is filed in good faith and not intended to cause delay.

I.  Pursuant to Local Rule IA 6-2 and Local Rule 7-1, Plaintiff and AmeriCredit/GM respectfully request that the Court extend AmeriCredit/GM's time to respond to Plaintiff's Complaint through January 21, 2021.

. . .

. . .

. . .

. . .

113029016.1

## STIPULATION

NOW, THEREFORE, Plaintiff and AmeriCredit/GM hereby stipulate and agree that AmeriCredit/GM has up to and including January 21, 2021, to file a response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 6th day of January, 2021

**KIND LAW**

By: /s/ Michael Kind
Michael Kind, Esq.
Nevada Bar No. 13903
8860 South Maryland Pkwy, Suite 106
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*
*Shelley T. Paddock*

DATED this 6th day of January, 2021

**LEWIS ROCA ROTHGERBER CHRISTIE**

By: /s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
*Attorneys for Defendant AmeriCredit Corp./General Motors Financial Company, Inc.*

ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: January 7, 2021

113029016.1

3