1  George Haines, Esq.
2  Nevada Bar No.: 9411
3  Gerardo Avalos, Esq.
   Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
5  8985 S. Eastern Ave., Suite 350
6  Las Vegas, Nevada 89123
   (702) 880-5554
7  (702) 385-5518 (fax)
8  Ghaines@freedomlegalteam.com
9  *Attorneys for Plaintiff Shelley T. Paddock*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Shelley T. Paddock, | Case No.: 2:20-cv-02097-JCM-DJA |
| Plaintiff, | **Stipulation of dismissal of Americredit/GM Financial with prejudice** |
| v. | |
| Experian Information Solutions, Inc. and AmeriCredit Corp./General Motors Financial Company, Inc., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Shelley T. Paddock and Americredit/GM Financial stipulate to dismiss Plaintiff's claims against Americredit/GM Financial with prejudice.

///

///

STIPULATION — - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 9, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Shelley T. Paddock*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ J. Christopher Jorgensen
J. Christopher Jorgensen, Esq.
3993 Howard Hughes Pkwy # 600
Las Vegas, Nevada 89169
*Counsel for Americredit/GM Financial*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: June 23, 2021

STIPULATION - 2 -